```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
MOHAMMED JABARAH,                 :
                                  :
                Plaintiff,        :
                                  :        **ORDER**
        - against -               :
                                  :        08 Civ. 3592 (DC)
MICHAEL J. GARCIA et al.,         :
                                  :
                Defendants.       :
                                  :
- - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       Plaintiff commenced this action on April 15, 2008, by filing a complaint, at which time a summons was issued. On August 7, 2008, I issued an order directing the pro se office to contact plaintiff to provide assistance regarding service of process.

       It is HEREBY ORDERED that plaintiff's time to serve the summons and complaint on defendants is extended until September 29, 2008. See Fed. R. Civ. P. 4(m). Plaintiff shall file proof of service by then.

       SO ORDERED.

Dated:   New York, New York
         August 13, 2008

                                         _____
                                         DENNY CHIN
                                         United States District Judge